**IT IS ORDERED as set forth below:**

**Date: June 1, 2020**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>FAITH APOSTOLIC DELIVERANCE CHURCH, INC.,<br><br>      **Debtor.** | CHAPTER 11<br><br>CASE NO. 20-63879-sms |

ORDER AND NOTICE OF ASSIGNMENT
OF HEARING ON CONFIRMATION OF PLAN

    Debtor filed its *Plan of Reorganization* (Doc. No. 29) ("Plan") on May 27, 2020. Debtor also filed, on May 27, 2020, an application requesting entry of an order:

   (1) scheduling the Plan confirmation hearing,

   (2) approving the form and content of Debtor's ballot,

   (3) establishing a deadline for filing objections to the Plan, and

   (4) establishing a deadline for casting ballots to accept or reject the Plan.
(Doc. No. 30) (the "Application").

Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A. July 10, 2020 is fixed as the last day for filing, on the ballot form attached to this order, written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with:

>Clerk, U.S. Bankruptcy Court
>Room 1340
>75 Ted Turner Drive, SW
>Atlanta, GA 30303

and a copy *mailed* to Debtor's attorney:

>Cameron M. McCord
>Jones & Walden, LLC
>699 Piedmont Ave NE
>Atlanta, GA 30308

B. July 10, 2020 is fixed, pursuant to Interim Rule 3017.2 and General Order 30-2020, as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303 and a copy mailed to Debtor's attorney, Cameron M. McCord, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, GA 30308.

C. A hearing will be held in Courtroom 1201, U.S. Courthouse, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA at 10:30 a.m. on July 15, 2020, to consider confirmation of the Plan, and to determine the value of collateral and extent to which claims are secured pursuant to 11 U.S.C. §506(a) and Rule 3012 (the "Confirmation Hearing"). ***Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the***

*top of the GANB Website (http://www.ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone.*

D. **Debtor's attorney** is directed to serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee and all creditors and parties in interest on or before June 4, 2020, and to file a certificate of such service within three days of mailing.

At least three (3) days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to Exhibit "A" attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

END OF ORDER

Prepared and Presented By:
**JONES & WALDEN, LLC,**
*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
cmccord@joneswalden.com
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
Attorney for the Debtor


**Distribution List**

Cameron M. McCord, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308

Office of the U.S. Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Dr, SW, Atlanta, Georgia 30303

Tamara Miles Ogier, Subchapter V Trustee, P.O. Box 1547, Decatur, Georgia, 30031

Ron C. Bingham, Adams and Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, Georgia 30326

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE:<br><br>FAITH APOSTOLIC DELIVERANCE CHURCH, INC.,<br><br>**Debtor.** | CHAPTER 11<br><br>CASE NO. 20-63879-sms |
|---|---|

**SUMMARY OF THE VOTING ON THE
PLAN OF REORGANIZATION FILED ON MAY 27, 2020**

Tabulated as of _____, 2020

For Disclosure Statement and Confirmation Hearing to be held: _____, 2020.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$ \_\_\_\_ Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
| | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$ \_\_\_\_ Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
| | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$ \_\_\_\_ Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |

RESPECTFULLY SUBMITTED**,** this _____ day of _____, 2020.

**JONES & WALDEN, LLC**

_____
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave, NE
Atlanta, Georgia 30308
(404) 564-9300

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**FAITH APOSTOLIC DELIVERANCE CHURCH, INC.,**<br><br>    **Debtor.** | **CHAPTER 11**<br><br>**CASE NO.  20-63879-sms** |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN

On May 27, 2020, Debtor filed its Subchapter V Plan of Reorganization ("Plan"), and an Application Requesting Entry of Order Establishing Certain Deadlines Pursuant to Interim Rule 3017.2 (the "Application"). The Court has approved the deadlines set forth herein. If you do not have a copy of the Plan, you may obtain a copy from Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308, 404-564-9300 (telephone), 404-564-9301 (facsimile).  The Plan is available for review in the Office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303** *on or before July 10, 2020* **and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**FAITH APOSTOLIC DELIVERANCE CHURCH, INC.,**<br><br>    **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 20-63879-sms** |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

      The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

      **TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE *JULY 10, 2020* TO:**

**Clerk, U.S. Bankruptcy Court
75 Ted Turner Drive, SW, Room 1340
Atlanta, GA 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308, Attn: Cameron M. McCord.

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    ___ an unsecured claim
    ___ other [specify:_____]

**In the amount of $_____, in Class _____ and hereby:**

_____ Accepts      _____ Rejects

**Debtor's Plan of Reorganization**

Date: _____      Creditor: _____
                                                     Print or Type Name
                                            Signed: _____
Email address of signing representative:    [If appropriate] as: _____
_____                             Title
Print name: _____     Address: _____
                                                        _____
                                                        Phone Number: _____
                                                        Email Address: _____