UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FAITH APOSTOLIC DELIVERANCE | ) | CASE NO. 20-63879-SMS |
| CHURCH, INC. | ) | |
| | ) | |
|    DEBTOR. | ) | |
| _____ | ) | |

## UNITED STATES TRUSTEE'S
## RESPONSE TO APPLICATION FOR FINAL DECREE

COMES NOW Nancy J. Gargula, the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. 586(a), and respectfully responds to Debtor's Application for Final Decree filed in the above-captioned matter.

1.

The United States Trustee does not oppose entry of a final decree. Fed. R. Bankr. P. 3022.

2.

Debtor must file disbursement reports for all periods during which the case is open. *See* F. R. Bankr. P. 2015(a)(5) and BLR 3022-1. Debtor has filed its Quarterly Operating Report for the period 08/01/2020 through 09/30/2020.

3.

Debtor must pay quarterly fees through the date of entry of the final decree. *See* 28 U.S.C. § 1930 and F. R. Bankr. P. 2015(a)(5). Debtor's quarterly fees are presently current. The United States Trustee will need monthly or quarterly disbursement figures to make a final calculation for the current quarter.

DATED:  November 23, 2020

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21
**/s/ Shawna Staton**
Shawna Staton, Trial Attorney
Attorney for the United States Trustee
Georgia Bar No. 640220
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 152
Shawna.P.Staton@USDOJ.gov

## CERTIFICATE OF SERVICE

This is to certify that on November 23, 2020, I have electronically filed the foregoing *United States Trustee's Response to Debtor's Application for Final Decree* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Ron C. Bingham, II on behalf of Creditor First-Citizens Bank & Trust Company
ron.bingham@arlaw.com, lianna.sarasola@arlaw.com

Leon S. Jones on behalf of Debtor Faith Apostolic Deliverance Church, Inc.
ljones@joneswalden.com,
jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com

Cameron M. McCord on behalf of Debtor Faith Apostolic Deliverance Church, Inc.
cmccord@joneswalden.com,
jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden.com;lbrown@joneswalden.com;lpineyro@joneswalden.com

Tamara M. Ogier (Sub V Trustee)
tmo@orratl.com, jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net

DATED:  November 23, 2020

**/s/ Shawna Staton**